# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

Date: 10/20/17     Time: 11:00 a.m.

Defendant: Nicholas Bishop (J)     J#: _____     Case #: 17-6375-Hunt

AUSA: Larry Bardfeld     Attorney: _____

Violation: Aiding and Abetting the purchase and transport of a prohibited wildlife species.

Proceeding: Initial Appearance (Rule 5)     CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☒ No     Recommended Bond: PTD

Bond Set at: _____     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _____

Disposition:
All parties present.
Defendant advised of his rights and Charges.

Deft sworn - FPD appointed. (M. Spivak In court)

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:

Report RE Counsel: _____
PTD/Bond Hearing:   10/25/17   10:30 a.m.   Hunt
Prelim/Arraign or Removal:   10/25/17   10:30 a.m.   Hunt
Status Conference RE: _____

D.A.R. 11:13:07/11:33:13     Time in Court: 15 mins

Page: _____