UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-MJ-06375-PMH

UNITED STATES OF AMERICA
Plaintiff,

vs.

NOTICE OF **PERMANENT**
APPEARANCE OF COUNSEL

Nicholas Bishop,

Defendant(s).
_____/

COMES NOW __Samuel Damon Lopez__, and files this appearance of counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right to appeal, to file a timely appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWL FROM THIS REPRESENTATION.**

DATED: October 5, 2017
Counsel's Name (Printed): Samuel D. Lopez
Counsel's Signature: ___
Counsel's Address: 1906 N. Flamingo Road, Suite 331
City Pembroke Pines  State FL  Zip Code 33028
Telephone: 954-523-8565
Bar Number: 102458