# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

Date: 10/25/17     Time: 11:00 a.m.

---

Defendant: Nicholas Bishop (J)     J#: _____     Case #: 17-6375-Hunt

AUSA: Larry Bardfeld     Attorney: Samuel Lopez, Esq (Permanent)

Violation: Aiding and Abetting the purchase and transport of a prohibited wildlife species.

Proceeding: PTD and Removal Hearing     CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☒ No     Recommended Bond: PTD

Bond Set at: _____     Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol /Drugs
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: See Bond
- [x] Other: See Bond

Language: _____

Disposition:
All parties present.
Oral motion to FPD to withdraw is GRANTED.
Bond set at $100,000-PSB and $50,000-10%. Both bond are cosigned by the mother and girlfriend. (mother shall have 5 days to sign bond)

Deft signed Waiver of Removal and Order of Removal

---

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 11:13:45     Time in Court: 20 mins

Page: _____