UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 17-6375-HUNT

UNITED STATES OF AMERICA
    Plaintiff,

vs.

NICHOLAS BISHOP,
    Defendant.
_____/

**WAIVER OF REMOVAL HEARING**

I, Nicholas Bishop, charged in a proceeding pending in the Central District of California, with a warrant for violation of 16:3372(a)(2)(A); and having been arrested in the Southern District of Florida and taken before Patrick M. Hunt, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to Central District of California where the aforesaid charge is pending against me.

10/25/17
Date

_____
Signature of Defendant

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE