UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-6375-HUNT

UNITED STATES OF AMERICA
   Plaintiff,

  v.

NICHOLAS BISHOP,
   Defendant.
_____/

## ORDER OF REMOVAL

It appearing that in the Central District of California, an Complaint was filed against the above-named defendant and charged with 16 U.S.C. 3372(a)(2)(A), and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Patrick M. Hunt at Fort Lauderdale, Florida, which officially committed the defendant for removal to the Central District of California, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Patrick M. Hunt for removal and posted bail in the amount of $100,000-PSB and $50,000-10% which was approved by the United States Magistrate Judge Patrick M. Hunt, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bail bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of October, 2017.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: Miami, Financial