UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-6375-HUNT

UNITED STATES OF AMERICA
Plaintiff,

v.

NICHOLAS BISHOP,
Defendant.
_____/

## ORDER OF REMOVAL

It appearing that in the Central District of California, an Complaint was filed against the above-named defendant and charged with 16 U.S.C. 3372(a)(2)(A), and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Patrick M. Hunt at Fort Lauderdale, Florida, which officially committed the defendant for removal to the Central District of California, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Patrick M. Hunt for removal and posted bail in the amount of $100,000-PSB and $50,000-10% which was approved by the United States Magistrate Judge Patrick M. Hunt, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bail bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25ᵗʰ day of October, 2017.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: Miami, Financial

(Rev. 03/2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND:

### CASE NO.: 17-6375-Hunt

UNITED STATES OF AMERICA:
                    Plaintiff,

v.                                                                          JAIL #:

NICHOLAS BISHOP,
                    Defendant,

I, NICHOLAS BISHOP, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ *100,000 -PSB*

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3.  May not change his or her present address as recorded on this bond without prior permission in writing from the court.

4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5.  The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

6.  Shall not commit any act in violation of state or federal laws.

**DEFENDANT: NICHOLAS BISHOP**

**CASE NUMBER: 17-6375-Hunt**
**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☑ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

☑ b. Report to Pretrial Services as follows: (   ) *as directed or__ time(s) a week in person and__ time(s) a week by telephone;*

__ c. Submit to substance abuse testing and/or treatment;

☑ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

__ e. Participate in mental health assessment and/or treatment;

__ f. Participate and undergo a sex offense specific evaluation and treatment;

☑ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

☑ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel; *see attached*

__ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

__ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own until the bond is discharged, or otherwise modified by the Court;

__ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;*

__ m. No access to the internet via any type of connectivity device (*i.e., computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

__ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which (   ) **will not** or (   ) **will include electronic monitoring or other location verification system, paid for by the defendant based upon his/her ability to pay (   )** or **paid for by Pretrial Services (   ).**
   __ **Curfew:** You are restricted to your residence every day from___ to____, or as directed by the Court.
   __ **Home Detention:** You are restricted to your residence at all times except for: (   ) **medical needs or treatment, (   ) court appearances, (   ) attorney visits or court ordered obligations, and (   ) other** _____

__ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
   You are restricted to the halfway house at all times except for: (   ) **employment; (   ) education; (   ) religious services; (   ) medical, substance abuse, or mental health treatment; (   ) attorney visits; (   ) court appearances; (   ) court ordered obligations; (   ) reporting to Pretrial Services; and (   ) other** ____

__ p. May travel to and from: SOUTHERN DISTRICT OF FL, and must notify Pretrial Services of travel plans before leaving and upon return.

☑ q. Comply with the following additional conditions of bond:

DEFENDANT: NICHOLAS BISHOP

CASE NUMBER: 17-6375-Hunt

PAGE THREE

No possession, purchase, sale, exhibition, or transportation of any protected wildlife.  Provide address
Of residence for Central District of California.  Notify probation of travel between SDFL and CDCA.

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

4) No contact with witnesses including:

a. Darryl williams
b. Michael Nguyen-Stevenson
c. Petro Montejano
d. Andres Montejano
e. Wildlife in Need, Wildlife Indeed owner Timothy Stark
f. Mary Ann Salama
g. Phil Smith – Owner of phil's Animal Rentals
h. Eric Weld – Owner of Hollywood Animal Rentals
i. Jett Shaw – employee of Hollywood animal Rentals

**DEFENDANT: NICHOLAS BISHOP**

**CASE NUMBER: 17-6375-Hunt**
**PAGE FOUR**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.**

### DEFENDANT

Signed this 15th day of 15c t0ck , 20 17 at FORT LAUDERDALE , Florida

Signed and acknowledged before me:

_____ Witness

DEFENDANT: (Signature) _____

_____ City _____ State

### CORPORATE SURETY

Signed this _____ day of _____ , 20 17 at FORT LAUDERDALE , Florida

SURETY: _____

_____ City _____ State

AGENT: (Signature) _____

PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this ___ day of _____ , 20 17 at FORT LAUD , Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____ City _____ State

Signed this ___ day of _____ , 20 17 at FORT LAUD , Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____ City _____ State

Signed this ___ day of _____ , 20 17 at FORT LAUD , Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____ City _____ State

Signed this ___ day of _____ , 20 17 at FORT LAUD , Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____ City _____ State

### APPROVAL BY THE COURT

Date: 10/25/17

_____
**PATRICK M. HUNT**
**UNITED STATES MAGISTRATE JUDGE**

DEFENDANT: NICHOLAS BISHOP
*(CM/ECF RESTRICTED)*
CASE NUMBER: 17-6375-Hunt

**PAGE FIVE**

## ADDRESS AND CONTACT INFORMATION
## FOR DEFENDANT AND SURETIES

As indicated in condition 3 of this bond, the defendant "May not change his or her present address as recorded on this bond without prior permission in writing from the court." The current addresses of the defendant and sureties are as indicated below:

### DEFENDANT

PRINT NAME: Nicholas L. Bishop
STREET ADDRESS: 1400 Jackson St.
Hollywood     FL     33020
    City       State      Zip
TELEPHONE: (754) 971-7822

### CORPORATE SURETY

SURETY: _____
AGENT: _____
STREET ADDRESS: _____

_____
    City         State       Zip
TELEPHONE: _____

### INDIVIDUAL SURETIES

PRINT NAME: Vaida Picker
RELATIONSHIP TO DEFENDANT: Girlfriend
STREET ADDRESS: 1400 Jackson St
Hollywood     FL     33020
    City       State      Zip
TELEPHONE: 757.201.4417

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

_____
    City        State       Zip
TELEPHONE: _____

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

_____
    City        State       Zip
TELEPHONE: _____

PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
STREET ADDRESS: _____

_____
    City        State       Zip
TELEPHONE: _____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND: _____

### CASE NO.: 17-6375 Hunt
Deft# _____

UNITED STATES OF AMERICA
Plaintiff,

JAIL # _____

v.   Nicholas Bishop
Defendant,
_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 50,000 10/. _____.

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court.

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

6. Shall not commit any act in violation of state or federal laws.

**DEFENDANT: NICHOLAS BISHOP**

**CASE NUMBER: 17-6375-Hunt**
**PAGE TWO**
<u>**SPECIAL CONDITIONS OF BOND**</u>

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☑ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

☑ b. Report to Pretrial Services as follows: (   ) *as directed or__ time(s) a week in person and__ time(s) a week by telephone;*

__ c. Submit to substance abuse testing and/or treatment;

☑ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

__ e. Participate in mental health assessment and/or treatment;

__ f. Participate and undergo a sex offense specific evaluation and treatment;

☑ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

☑ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel; *see attached*

__ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

__ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own until the bond is discharged, or otherwise modified by the Court;

__ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;*

__ m. No access to the internet via any type of connectivity device (*i.e., computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

__ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which (   ) **will not** or (   ) **will include electronic monitoring or other location verification system, paid for by the defendant based upon his/her ability to pay (   )** or **paid for by Pretrial Services (   ).**
   __ **Curfew:** You are restricted to your residence every day from___ to____, or as directed by the Court.

   __ **Home Detention:** You are restricted to your residence at all times except for: (   ) **medical needs or treatment, (   ) court appearances, (   ) attorney visits or court ordered obligations, and (   ) other** _____

__ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
   You are restricted to the halfway house at all times except for: (   ) **employment; (   ) education; (   ) religious services; (   ) medical, substance abuse, or mental health treatment; (   ) attorney visits; (   ) court appearances; (   ) court ordered obligations; (   ) reporting to Pretrial Services; and (   ) other** _____

__ p. May travel to and from: <u>SOUTHERN DISTRICT OF FL</u>, and must notify Pretrial Services of travel plans before leaving and upon return.

☑ q. Comply with the following additional conditions of bond:

**DEFENDANT: NICHOLAS BISHOP**

**CASE NUMBER: 17-6375-Hunt**

**PAGE THREE**

No possession, purchase, sale, exhibition, or transportation of any protected wildlife.  Provide address
Of residence for Central District of California.  Notify probation of travel between SDFL and CDCA.

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

4) No contact with witnesses including:
   a. Darryl williams
   b. Michael Nguyen-Stevenson
   c. Petro Montejano
   d. Andres Montejano
   e. Wildlife in Need, Wildlife Indeed owner Timothy Stark
   f. Mary Ann Salama
   g. Phil Smith – Owner of phil's Animal Rentals
   h. Eric Weld – Owner of Hollywood Animal Rentals
   i. Jett Shaw – employee of Hollywood animal Rentals

2

DEFENDANT:_____

CASE NUMBER:_____

PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**(NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.)**

### DEFENDANT

Signed this _25_ day of _October_____, 2016  at Ft. Lauderdale, Florida.

Signed and acknowledged before me:                     DEFENDANT:(Signature)_____

WITNESS:_____                 _____    _10/25/17_

                                                                            city                          state

### CORPORATE SURETY

Signed this _____ day of _____, **2015**, at _____, Florida.

SURETY:_____                 AGENT:(Signature)_____

_____    _____                 PRINT NAME:_____

          city                          state

### INDIVIDUAL SURETIES

Signed this__ day of _____, **2016**  , at _FTL___, Florida.        Signed this__ day of _____, **2016**  at _FTL__, Florida.

SURETY:(Signature)_____                 SURETY:(Signature)_____

PRINT NAME:_____                 PRINT NAME:_____

RELATIONSHIP TO                                             RELATIONSHIP TO

DEFENDANT:_____                 DEFENDANT:_____

_____    _____                 _____    _____

          city                          state                                              city                          state

SURETY (Signature)_____                 SURETY (Signature)_____

PRINT NAME:_____                 PRINT NAME:_____

RELATIONSHIP:_____                 RELATIONSHIP _____

          City/STATE_____                 City/STATE_____

### APPROVAL BY COURT

Date: _10/25/12_____                 _____

**UNITED STATES MAGISTRATE JUDGE**

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 0
Receipt Number: FLS000009723
Cashier ID: DimasRod
Transaction Date: 10/25/2017
Payer Name: Vaida Picker
-----------------------------------------
TREASURY REGISTRY
For: Nicholas Bishop
Case/Party: D-FLS-0-17-MJ-006375-001
Amount:        $5,000.00
-----------------------------------------
PAPER CHECK CONVERSION
Check/Money Order Num: 68-7497 2560
Amt Tendered: $5,000.00
-----------------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:     $0.00

10 Percent Cash Bond

Case Number 17-MJ-6375

Remitter:Vaida Picker

          1400 Jackson St.

33020     Hollywood, FL

          757-201-4417

For the Benefit of: Nicholas Bishop


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-MJ-06375-PMH

UNITED STATES OF AMERICA
Plaintiff,

vs.

Nicholas Bishop,

                 Defendant(s).

NOTICE OF **PERMANENT**
APPEARANCE OF COUNSEL

COMES NOW _Samuel Damon Lopez_, and files this appearance of counsel for the above named defendant(s).  Counsel agrees to represent the defendant(s) for all proceedings arising out the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right to appeal, to file a timely appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWL FROM THIS REPRESENTATION.**

DATED: _October 5 2017_

Counsel's Name (Printed): _Samuel D. Lopez_

Counsel's Signature: _____

Counsel's Address: _1908 N. Flamingo Road, Suite 331_

City _Pembroke Pines_ State _FL_ Zip Code _33028_

Telephone: _954-523-8065_

Bar Number: _102458_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-6375-HUNT

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NICHOLAS BISHOP,

        Defendant,

_____/

## DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

1

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:     s/ Michael D. Spivack
Michael D. Spivack
Assistant Federal Public Defender
Florida Bar No. 508969
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: 954-356-7436
Fax: 954-356-7556
E-Mail: michael_spivack@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Michael D. Spivack
Michael D. Spivack

Case 0:17-mj-06375-PMH   Document 2   Entered on FLSD Docket 10/20/2017   Page 1 of 1

# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

Date: 10/20/17    Time: 11:00 a.m.

Defendant: Nicholas Bishop (J)         J#: _____   Case #: 17-6375-Hunt

AUSA: Larry Bardfeld                    Attorney: _____

Violation: Aiding and Abetting the purchase and transport of a prohibited wildlife species.

Proceeding: Initial Appearance (Rule 5)         CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☒ No    Recommended Bond:  PTD

Bond Set at: _____   Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: _____

Disposition:
All parties present.
Defendant advised of his rights and Charges.

Deft sworn - FPD appointed. (M. Spivak In court)

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 10/25/17 | 10:30 a.m. | Hunt | |
| Prelim/Arraign or Removal: | 10/25/17 | 10:30 a.m. | Hunt | |
| Status Conference RE: | | | | |

D.A.R. 11:13:07/11:33:13                    Time in Court:  15 mins

Page: _____

AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

COP

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NICHOLAS BISHOP,<br>also known as "Nick the Wrangler" | DOCKET NO.<br>*17-6375-Hunt*<br><br>MAGISTRATE'S CASE NO.<br>*17MJ 02435* |

Complaint for violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3371(g), 3373(d)(1)(B);
Title 18, United States Code, Sections 2(a), 2(b)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE FREDERICK F. MUMM | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>Beginning on or about March 2, 2014 and continuing to on or about April 19, 2014 | PLACE OF OFFENSE<br>Ventura County | ADDRESS OF ACCUSED (IF KNOWN)<br>218 NE 12th Avenue, Apt. 202, Hollandale, Florida 33009 |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[16 U.S.C. §§ 3372(a)(2)(A), 3371(g), 3373(d)(1)(B); 18 U.S.C. §§ 2(a), 2(b) ]

Beginning on or about March 2, 2014 and continuing to on or about April 19, 2014, in Ventura County, within the Central District of California, and elsewhere, defendant NICHOLAS BISHOP, also known as "Nick the Wrangler," knowingly aided and abetted the purchase of a prohibited wildlife species, namely a tiger, by falsifying purchase records and caused the interstate transport of a prohibited species, namely a tiger, from the state of Indiana to the state of California, without obtaining the necessary documentation and permits required by the United States Fish and Wildlife Service and the United States Department of Agriculture Animal Plant and Health Inspection, in violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3371(g), 3373(d)(1); and Title 18, United States Code, Section 2(a), 2(b).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

| FILED<br>CLERK, U.S. DISTRICT COURT<br><br>SEP 29 2017<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                              DEPUTY |
|---|

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>STEPHANIE JOHNSON      / S /<br><br>OFFICIAL TITLE<br>Special Agent – United States Fish and Wildlife Service |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>Frederick F. Mumm | DATE<br>September 29, 2017 |
|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

AUSA Amanda M. Bettinelli x0470                    REC: Detention/Arrest Warrant

# COURT MINUTES
## United States Magistrate Judge Patrick M. Hunt

Date: 10/25/17     Time: 11:00 a.m.

Defendant: Nicholas Bishop (J)          J#: _____     Case #: 17-6375-Hunt

AUSA: Larry Bardfeld

Attorney: Samuel Lopez, Esq (Permanent)

Violation: Aiding and Abetting the purchase and transport of a prohibited wildlife species.

Proceeding: PTD and Removal Hearing          CJA Appt: _____

Bond/PTD Held: ⚪ Yes   ⚫ No     Recommended Bond: PTD

Bond Set at: _____

Co-signed by: _____

Language: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol /Drugs
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: See Bond
- [x] Other: See Bond

**Disposition:**

All parties present.

Oral motion to FPD to withdraw is GRANTED.

Bond set at $100,000-PSB and $50,000-10%. Both bond are cosigned by the mother and girlfriend. (mother shall have 5 days to sign bond)

Deft signed Waiver of Removal and Order of Removal

NEXT COURT APPEARANCE   Date: _____   Time: _____   Judge: _____   Place: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 11:13:45

Time in Court: 20 mins

Page: _____

BNDPMH

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:17-mj-06375-PMH All Defendants
## Internal Use Only

Case title: USA v. Bishop

Date Filed: 10/20/2017
Date Terminated: 10/25/2017

Assigned to: Magistrate Judge Patrick M. Hunt

### Defendant (1)

**Nicholas Bishop**
16690-104
*YOB1990 English*
*TERMINATED: 10/25/2017*
*agent of*
a/k/a Nick the Wrangler
*TERMINATED: 10/25/2017*

represented by **Michael David Spivack**
Federal Public Defender's Office
One East Broward Boulevard
Suite 1100
Fort Lauderdale, FL 33301-1842
954-356-7436
Fax: 954-356-7556
Email: Michael_Spivack@fd.org
*TERMINATED: 10/25/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Noticing FPD-FTL**
(954) 356-7436
Email: ftl_ecf@fd.org
*TERMINATED: 10/23/2017*
*Designation: Public Defender Appointment*

**Samuel Damon Lopez**
Samuel D Lopez
1851 NW 125 Avenue
Suite 331
Pembroke Pines, FL 33028
954-523-8565
Fax: 523-0850
Email: samlopezesq@hotmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

### Disposition

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

16:3372.F Aiding and Abetting the
purchase and transport of a prohibited
wildlife species.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Plaintiff**

**USA**                              represented by **Laurence M. Bardfeld**
                                                  United States Attorney's Office
                                                  500 E Broward Boulevard
                                                  7th Floor
                                                  Fort Lauderdale, FL 33301-3002
                                                  954 660-5721
                                                  Fax: 356-7336
                                                  Email: laurence.bardfeld@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2017 | 1 | COMPLAINT as to Nicholas Bishop (1). (tw) (Entered: 10/20/2017) |
| 10/20/2017 | | Hearings as to Nicholas Bishop: Initial Appearance set for 10/20/2017 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (tw) (Entered: 10/20/2017) |
| 10/20/2017 | 2 | Minute Entry for proceedings held before Magistrate Judge Patrick M. Hunt: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Nicholas Bishop held on 10/20/2017. Date of Arrest: 10/20/17. Detention Hearing set for 10/25/2017 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 10/25/2017 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Attorney added: Noticing FPD-FTL for Nicholas Bishop (Digital 11:13:07) (dd) (Entered: 10/20/2017) |
| 10/23/2017 | 3 | Notice of Assignment of Assistant Federal Public Defender as to Nicholas |

| | | Bishop. Attorney Michael David Spivack added. Attorney Noticing FPD-FTL terminated.. Attorney Michael David Spivack added to party Nicholas Bishop(pty:dft). (Spivack, Michael) (Entered: 10/23/2017) |
|---|---|---|
| 10/23/2017 | 4 | Invocation of Right to Silence and Counsel by Nicholas Bishop (Spivack, Michael) (Entered: 10/23/2017) |
| 10/25/2017 | 5 | NOTICE OF ATTORNEY APPEARANCE: Samuel Damon Lopez appearing for Nicholas Bishop. Attorney Samuel Damon Lopez added to party Nicholas Bishop(pty:dft). (dd) (Entered: 10/25/2017) |
| 10/25/2017 | 6 | Minute Entry for proceedings held before Magistrate Judge Patrick M. Hunt: Bond Hearing as to Nicholas Bishop held on 10/25/2017 Bond set: Nicholas Bishop (1) $100,000 PSB & $50,000-10% Cash.Removal waived. Order of removal signed. (Digital 11:13:45) (dd) (Entered: 10/25/2017) |
| 10/25/2017 | 7 | $100,000 PSB Bond Entered as to Nicholas Bishop Approved by Magistrate Judge Patrick M. Hunt. *Please see bond image for conditions of release.* (dd) (Additional attachment(s) added on 10/25/2017: # 1 Restricted Bond with 5th Page) (dd). (Entered: 10/25/2017) |
| 10/25/2017 | 8 | $50,000-10% Cash Bond Entered as to Nicholas Bishop Receipt # FLS000009723. Approved by Magistrate Judge Patrick M. Hunt. *Please see bond image for conditions of release.* (dd) (Additional attachment(s) added on 10/25/2017: # 1 Restricted Bond with 5th Page) (dd). (Entered: 10/25/2017) |
| 10/25/2017 | 9 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Nicholas Bishop (dd) (Entered: 10/25/2017) |
| 10/25/2017 | 10 | ORDER OF REMOVAL ISSUED to District of CD/CA as to Nicholas Bishop Closing Case for Defendant. Signed by Magistrate Judge Patrick M. Hunt on 10/25/2017. (dd)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 10/25/2017) |